# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JESSE LEE WEBSTER, SR.,

    Plaintiff,

v.                                           Case No. 8:22-cv-2367-WFJ-AAS

MELISSA HANCOCK, *et al.*,

    Defendants.
_____/

## ORDER

Mr. Webster failed to comply with the October 19, 2022 Order ("Order") directing him to either pay the filing fee or properly complete an Affidavit of Indigency not later than November 17, 2022 (*See* Doc. 4). And he has not moved for an extension of time to comply with the Order. Accordingly, this action is **DISMISSED** without prejudice for failure to prosecute and failure to comply with the Order. The Clerk must close the case.

ORDERED in Tampa, Florida, on November 28, 2022.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

Copy to: Jesse Lee Webster, *pro se*